**FILED**

**JUL 2 5 2008**

**Clerk, U.S. District and Bankruptcy Courts**

United States District Court for the District of Columbia
333 Constitution Avenue, N. W.
Washington, D. C. 20001
Civil Division

Michael B. Dorsey, Plaintiff, Pro Se
1245 ½ Duncan Place, N. E.
Washington, D. C. 20002
(202) 250-0597

VS

Government of China, Defendant

~~Embassy of China~~
Zhou Wenzhong, Ambassador of China (Serve Ambassador)
2201 Wisconsin Avenue, N. W.
Washington, D. C. 20007

AND

CitiBank, Defendant
2101 L Street, N.W.
Serve Pat Johnson
Washington, D. C. 20037

( Case: 1:08-cv-01276
Assigned To : Friedman, Paul L.
Assign. Date : 7/25/2008
Description: Contract

JURY ACTION

Request for Jury Trial

### Complaint

#### Prefatory Remarks

This matter comes after defendant Chinese Government violated the rights of this plaintiff by refusing to either respond to numerous requests to address complaints regarding a popular and accepted confidence game that was perpetrated by two females in Beijing, China, with the cooperation of a waitress of a tea house and with agreement of CitiBank and its Visa card issuer.

It is apparent that CitiBank is culpable as it knows and should have known that the Visa card issuer failed to combat the actions of the vendor tea house owner, and apparently

1

-2-

because it will lose revenues if it strains the relationship with the tea house vendor.  The Visa card issuer isnot only culpable, but is a candidate for action in this case.

Defendant Chinese Government through its agents in the United States, et al, harmed this plaintiff when it not only knew and should have known that tea house confidence schemes operate in Beijing and Shanghai not only to the detriment of tourist such as this plaintiff, but the government enjoys benefits from the scheme and refuses to address the matter – as they refused to respond to a complaint from the plaintiff during a period of approximately one year.  Defendant the Chinese Government could have utilized the excuse that it cannot control the culprits and would if it had that opportunity – rather they refused to do so much as review the matter and respond to the plaintiff.  As a matter of fact an official of the Chinese embassy claimed that the United States waits approximately one year to respond to similar complaints from the Chinese government.

## Complaint Background

The plaintiff visited Beijing, China in August and September, 2007, and became the victim of a confidence scheme perpetrated by two Chinese ladies (as the scheme became condoned by defendants CitiBank and the Chinese Government) that caused the plaintiff to respond to an invitation to part take in tea at a tea house that was part of the confidence game.

Inasmuch as the plaintiff was not aware of the scheme (among many schemes in Beijing) natives of Chine, and most particularly Chinese officials are keenly aware of such artifices.  It, moreover, is common in most societies that a man treats a woman, thus the man (the plaintiff) is the victim in this scheme.

The tea house scheme is commonly utilized against foreign men by Chinese ladies.

-3-

When the plaintiff paid for the tea he used his CitiBank bank card which was charged $130.

The actual cost of the tea should have been approximately .75 (approximately seventy five cents per

cup, for each person) – and that should not be difficult for a reasonable person to realize, as food

is very, very, cheap in China.

The plaintiff filed a complaint with the American Embassy in Beijing, and with the Chinese Embassy in Washington, D. C., as virtually nothing happened in each case --- and until this date he has been ignored by the Chinese government, although a so-called investigation was reputed to have been in place.

The plaintiff desired participating in the protracted process of the so-called investigation but chose to pursue legal action so as to avoid exceeding the statue of limitation. It is obvious

the American Government has finished its participation in the matter and therefore it is not necessary or proper to call upon them for additional participation.

Approximately two weeks ago a representative from the Chinese embassy called and said that I must contact China at my expense to continue discussions – and that the local embassy was not participate.

Complaint Specifications

Specification I Against Defendant CitiBank

A

On or about August 17, 2007, defendant CitiBank acknowledged a wrongful act by the tea house owner in Beijing, China and agreed that a provisional decision would provide a

-4-

credit to the plaintiff's checking account, only to rescind the final decision and debit the plaintiff's account for approximately $130 which was the cost of tea for three at the rag tag tea house;

B

On or about October 10, 2007, defendant CitiBank agreed to provide a permanent refund of the illegal tea house charge, and later gave a permanent credit for the $130 overcharge, but subsequently rescinded the permanent credit and debited the plaintiff's account – and later

refused to provide (according to the law) a reason how or why they made the decision to do such. This act represented a breach of trust.

Defendant, CitiBank, moreover, corroborated facts regarding this matter in a written letter to the plaintiff, and refused to discuss the matter after the letter;

C

Defendant CitiBank noticed and accepted a forged document that the tea house vendor of

its Visa bank card perpetrated against this plaintiff, and accepted the document as legitimate when it knew or should have known that it was bogus and illegally forged. The document speaks for itself. Moreover, as a banker CitiBank is and should be familiar with such trickery.

It was subsequent to reviewing the forged document that defendant CitiBank made the decision to rescind the promise to permanently refund for the tea house scheme. Apparently the request from this plaintiff for an itemized account of the tea house transaction and the forged document convinced defendant CitiBank that the illegal

-6-

C

Defendant Chinese Government noticed and accepted as a complaint and failed after approximately one year to respond to the forged document that the tea house merchant prepared. This plaintiff must not delay court action and allow a statute of limitation to expire.

### Jurisdiction

Jurisdiction of this court is within the penumbra the fiduciary relationship of the parties to fulfill obligatory arrangements, particularly when one has a right to expect a duty of another as such the defendants were expected to perform. Defendant CitiBank truly engaged a breach of trust against the plaintiff when they promised a final decision and rescinded it. They engaged what some might consider on the border of criminal activity when they refused to control, combat

or respond to charges that the bank card company Visa allowed a tea house vendor to over charge a customer, the plaintiff.

Defendant Chinese Government engaged the same or similar acts as Defendant CitiBank when their were aware of the confidence scheme perpetrated by citizens and by citizens and businesses in Beijing and Shanghai, schemes that were used against the plaintiff in this case, when nothing has been done against the culprits – and as they have picture, phone number and ways to apprehend the culprits.

### Relief

I

The plaintiff seeks as damages, $250,000 (two hundred fifty thousand dollars) from each defendant in this case, and;

-5-

transaction was correct, and that might have been the reason for rescinding the final credit, the final credit that they rescinded;

**D**

Defendant CitiBank engaged a breach of trust when an agent of the bank promised to provide copies of a video tape of the plaintiff's ATM transaction from the Bank of China in Beijing. The video revealed a transaction subsequent to a fraud and confidence scheme conducted by a restaurant employee. Inasmuch as the plaintiff gave Chinese authorities a photo of the restaurant, Chinese agents refused to investigate, pictures of the culprits, and telephone numbers and e mails of the culprits.

**Complaint Specifications II Against Defendant Chinese Government**

**A**

Defendant Chinese Government allowed the tea house vendor to perpetrate wrongs against the plaintiff and failed to address the matter, as it is a common practice in Beijing and Shanghai – and the defendant not only is keenly aware of it, but benefits from the proceeds, thus is not willing to address it. If defendant Chinese Government was not culpable it would have obviously addressed the matter, or began an investigation;

**B**

Defendant Chinese Government became aware that the tea house merchant perpetrated a confidence game against this plaintiff and became more aware of the scheme when a copy of a forged document was presented and defendant Chinese Government refused to address the matter by not executing a review of the matter and not responding to the plaintiff's request for redress after repeated attempts for action against the culprit tea house vendor, and;

-7-

## II

### A

The defendant Citibank should be required to cease and desist allowing its bank card company from allowing its vendors, such as the tea house merchant, from participating in confidence games against bank card customers;

### B

Defendant Chinese Government should be required to cease and desist allowing merchants in China from perpetrating confidence games against American citizens who visit China. In the alternative the court should in its wisdom and authority execute a program or act that protects innocent travelers who are American citizens from such confidence schemes particularly when American banks fail to protect victims who use their cards to transact business in China, and in other places.

Michael B. Dorsey, Plaintiff, Pro se

This 25th day of _____, 2008

ML
08-1276
PLF 1276

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

**I (a) PLAINTIFFS** Michael B. Dorsey

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 1100l
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Michael B. Dorsey
1245 S. Duncan Pl, NE.
Washington, D.C. 20002 (202) 250-0597

**DEFENDANTS** Citi Bank, And Chinese Government

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT USA & China
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:08-cv-01276
Assigned To : Friedman, Paul L.
Assign. Date : 7/25/2008
Description: Contract

JURY ACTION

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

Foreign company and Foreign Government

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

☐ **A. Antitrust**

☐ 410 Antitrust

☐ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

☐ **E. General Civil (Other)** OR ☐ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

②

| □ **G.** *Habeas Corpus/* *2255* | □ **H.** *Employment Discrimination* | □ **I.** *FOIA/PRIVACY ACT* | □ **J.** *Student Loan* |
|---|---|---|---|
| □ 530 Habeas Corpus-General □ 510 Motion/Vacate Sentence | □ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) *(If pro se, select this deck)* | □ 895 Freedom of Information Act □ 890 Other Statutory Actions (if Privacy Act) *(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| □ **K.** *Labor/ERISA (non-employment)* | □ **L.** *Other Civil Rights (non-employment)* | (X) **M.** *Contract* | □ **N.** *Three-Judge Court* |
|---|---|---|---|
| □ 710 Fair Labor Standards Act □ 720 Labor/Mgmt. Relations □ 730 Labor/Mgmt. Reporting & Disclosure Act □ 740 Labor Railway Act □ 790 Other Labor Litigation □ 791 Empl. Ret. Inc. Security Act | □ 441 Voting (if not Voting Rights Act) □ 443 Housing/Accommodations □ 444 Welfare □ 440 Other Civil Rights □ 445 American w/Disabilities-Employment □ 446 Americans w/Disabilities-Other | □ 110 Insurance □ 120 Marine □ 130 Miller Act □ 140 Negotiable Instrument □ 150 Recovery of Overpayment & Enforcement of Judgment □ 153 Recovery of Overpayment of Veteran's Benefits □ 160 Stockholder's Suits Ⓧ 190 Other Contracts □ 195 Contract Product Liability □ 196 Franchise | □ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
(X) 1 Original Proceeding   □ 2 Removed from State Court   □ 3 Remanded from Appellate Court   □ 4 Reinstated or Reopened   □ 5 Transferred from another district (specify)   □ Multi district Litigation   □ 7 Appeal to District Judge from Mag. Judge

*First Amendment: 14th Amendment the U.S. constitution, commerce clause of the US, contract and*

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
*Statutory obligations under basic contract law*

**VII. REQUESTED IN COMPLAINT**   *no class action* CHECK IF THIS IS A CLASS □   ACTION UNDER F.R.C.P. 23   **DEMAND $** *#250,000 (Two hundred fifty thousand Dollars)*   Check YES only if demanded in complaint **JURY DEMAND:** (X) YES   □ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   (X) YES   □ NO   If yes, please complete related case form.

**DATE** *7/25/08*   **SIGNATURE OF ATTORNEY OF RECORD** *[signature]* 7/25/08

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

\forms\js-44.wpd