UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MICHAEL B. DORSEY                          *

       PLAINTIFF, PRO SE

vs.                                        *

CHINESE GOVERNMENT                         * CIVIL ACTION No. 1:08 -cv- 01276 (PLF)

                                          *

       DEFENDANT
                                           *
AND
                                           *
CITIBANK
                                           *

       DEFENDANT                           *

## AFFIDAVIT OF SERVICE

I, __Leslie A. Berry_____, hereby declare that on the _29_ day of __July_____, 200_08_ I mailed a copy of the summons and complaint, certified mail, return receipt requested, to defendant CitiBank in this case. Attached hereto is the certified green card acknowledging such service.

__Leslie A. Berry_____        **Notarized**
Sign Name Above

__Leslie A. Berry_____
Print Name Above

__1001 Pennsylvania Ave, N.W. S.Bldg-900__
Street Address

__Washington, DC 20004__
City and Zip

__(202) 639.8100__
Telephone Number

                      JAMES M. REED        This _6th_ day of August, 2008
                  Notary Public District of Columbia
                  My Commission Expires June 30, 2012  _James M. Reed_

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Sheila M[...]_ ☒ Agent ☐ Addressee<br>B. Received by (Printed Name) Sheila Mathure    C. Date of Delivery JUL 30 2008 |
| 1. Article Addressed to:<br><br>Citi Bank<br>Atten: Bob Johnson<br>2101 L. Street N.W.<br>Washington, DC<br>20037 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 2680 0001 2279 2353 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540