UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MICHAEL B. DORSEY

        PLAINTIFF, PRO SE    *

vs.    *

CHINESE GOVERNMENT    * CIVIL ACTION No. 1:08 -cv- 01276 (PLF)

        DEFENDANT    *

AND    *

CITIBANK    *

        DEFENDANT    *

**RECEIVED**
AUG 2 0 2008
Clerk, U.S. District and Bankruptcy Courts

## AFFIDAVIT OF SERVICE

I, _Leslie Bell_, hereby declare that on the _16th_ day of _August_, 2008, I mailed a copy of the summons and complaint, certified mail, return receipt requested, to defendant Chinese Government, at 2300 Connecticut Avenue, N. W., Washington, D. C. 20008, in this case. Attached hereto is the certified green card acknowledging such service.

**Notarized**

_Leslie Bell_
Sign Name Above

_Leslie Bell_
Print Name Above

_601 Pennsylvania Ave, N.W._
Street Address

_S. Bldg. - Suite 900 Wash, DC, 20004_
City and Zip

_(202) 639.8100_
Telephone Number

JAMES M. REED
Notary Public District of Columbia
My Commission Expires June 30, 2012

This _19th_ day of August, 2008

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Chinese Embassy
   Hon. Ambassador Zhou Wenzhong
   2300 Connecticut Ave NW
   Washington, DC 20008

2. Article Number
   (Transfer from service label)
   7007 2680 0001 2279 2315

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540